Charles Friedrich Seiverd
Weavel Inc.
The Estate of Gertrud Walter Seiverd
Post Office Box 1257
Clarkdale, Arizona 86324
Telephone: (928) 634-5001
charles@weavelinc.org
Plaintiff, in Proper Person

FILED
RECEIVED
LODGED
COPY

JUL 1 3 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Charles Friedrich Seiverd,

Weavel Inc.

Estate of Gertrud Walter Seiverd

        Plaintiffs,

v.

"The Arizona Elected Official Coup G.R.U."

(Defendants attached*)

* AND ALL ALIASES, JOHN and JANE DOES,
PATERNAL, MATERNAL, FRATERNAL, and
SORORAL ORGANIZATIONS and their
respective MEMBERS, and BLACK and WHITE
FOR-PROFIT and NON-PROFIT
CORPORATIONS, and ALL ROE BUSINESS
ENTITIES;

        Defendant(s).

CASE NUMBER:   **CV21-08152-PCT-DGC**

**COMPLAINT**

SEIVERD V. AZ COUP - 1

## Jurisdiction

1. Plaintiff, (A) CHARLES FRIEDRICH SEIVERD, is an individual who is currently, and was at all relevant times herein, a citizen of the State of Arizona, County of Yavapai, Town of Clarkdale, and the United States of America. Plaintiff (B) WEAVEL INC is a federally-recognized nonprofit education organization incorporated in the State of Arizona since 2000, with headquarters in Yavapai County. Plaintiff (C) THE ESTATE OF GERTRUD WALTER SEIVERD holds real property in Maricopa County, Gila County, and Yavapai County, Arizona. The Plaintiffs are: a) an Arizona native-born independent, not party-affiliated, regular voter and former election precinct Marshall; b) a nonprofit organization that has worked to promote knowledge and encourage participation in Arizona civics; and c) an Arizona Estate that has held land rights since 1976; all of whose inalienable rights are in jeopardy as the "Arizona 2020 Election Forensic Audit" continues with its stated and unstated objectives.

2. Defendants, the ARIZONA ELECTED OFFICIAL COUP G.R.U. are select members of the Arizona Executive and Legislative Branches, Foreign For-Profit Corporations, their agents, and funders. Defendants are a network of conspirators who have resident addresses in multiple states and territories within the United States, and in foreign countries, both allied and contrarian, and who also share stocks, bonds, and other financial options ("Emoluments") with publicly-traded multi-national Foreign For-Profit Corporations and their respective national, statewide, local, and nonprofit affiliates.

3. This Court has jurisdiction over this matter pursuant to 18 US Code § 371, as the Defendants are violating multiple provisions of the Fourth Amendment, the Fourteenth Amendment, the Fifteenth Amendment, and the Foreign Emoluments Clause of the United States Constitution (Article 1, Section 9, Clause 8; and Article 1, Section 10; and Article IV, Section 4). This Court may find the Defendants are also in violation of other provisions of Chapters 11, 13, 19, 23, and 29 of US Title 18 and specific provisions of

SEIVERD V. AZ COUP - 2

US Title 2. The Defendants have also in their role as Public Officials, illegally rewritten and passed without required vetting, a major revision of Arizona Election Law, including but not limited to ARS§16-602. Remarkably, ARS§16-602.J, very recently amended by the Arizona Senate, corrupts the responsibility of ballot-handling from a constitutionally-mandated "elected" Executive Branch office to a "newly appointed" member of an Arizona Senate-created "private corporation of ballot-handling," essentially establishing a "private branch of government" in the process. This Court may also find the Defendants in violation of previously-established constitutional law, including but not limited to Arizona Revised Statutes, Titles 10 and 16.

## Complaint

Since the start of the "Arizona 2020 Election Forensic Audit," initiated and fostered by select members of the Arizona Legislative and Executive Branches of government (and their respective network of foreign corporate executives, who represent Foreign For-Profit Media, Mining, and Transportation Corporations), Defendants are clearly and presently committing Grand Criminal Conspiracy, with the intent to defraud the United States Government, usurp the Arizona and United States Constitutions, and wreck havoc on the People of this Democratic Republic.

Defendants are engaged in:

1. Conspiracy with multiple Foreign, For-Profit Corporations:

   A) Sans headquarters, history, incorporation, resident statutory agent, resident corporate address, nor other prescribed certification from the Arizona Corporation Commission. The Arizona Corporation Commission is the constitutionally-designated authorizing agency for all Arizona Corporations "doing business" in the State of Arizona;

SEIVERD V. AZ COUP - 3

B) Sans public and judicial oversight of a very recent yet significant revision to Arizona Revised Statutes. Effectively rewriting established election procedures, select members of the Arizona Senate immediately and surreptitiously transferred the responsibility of election handling from the "constitutionally-designated and duly elected" member of the Executive Branch, the Arizona Secretary of State, to a Legislative Branch-appointed "Special Master X." This blatant unicameral manifestation drastically corrupts the Arizona Constitution, improperly and without due process.

C) Sans payments of equally-apportioned taxation from Foreign For-Profit Corporations to the Arizona State Treasury, in accordance with the Arizona Corporate Tax Code.

2. Abuse of Legislative Powers by utilizing corporate and fraternal associations to create a "Quasi-Legal Retroactive Effect" on the 2020 Arizona Election, essentially "fast-tracking" questionable legislation through the "backdoors" of State Capitol chicanery when same-session ratification of Arizona Revised Statutes is in fact proscribed, forbidden, and indeed outlawed by the Arizona Constitution.  The next available election a *new redrafting* of election law would be able to take effect would be Election 2024, when the Arizona Senate "rewrite" would have sufficient time to be properly vetted by the public, other public officials, and the Arizona and United States Courts Systems;

3. Offering, in exchange for Emoluments from Foreign For-Profit Corporations and their respective foreign actors, "sensitive information gathering" from the Personal Papers of the People; harvesting without regard, the registration lists, identifying documentation, and most notably, the physical ballots entrusted to the Arizona Secretary of State;

SEIVERD V. AZ COUP - 4

4. Conspiracy with multiple Foreign, For-Profit Corporations, to: physically and digitally photocopy, physically and electronically store, and remotely analyze, with "fingerprint-determining ultraviolet light" and "sophisticated filtering software," the physical ballots of the 2020 Arizona Election in order to determine identity of voters for "Candidate Y";

5. Conspiracy with multiple Foreign, For-Profit Companies, to disseminate "sensitive voter information" and "databases containing identifying information" to other Foreign, For-Profit Corporations whose stated objective it is to "destabilize" the Democratic Republic of Arizona in order to "wrest inordinate profit" from its vast strata of real estate and natural resources;

6. Conspiracy to thieve fingerprint and other identifying information from the "forensic ultra-violet light analysis" of the physical ballots, and pair that gleaned information with:

   A) The data lists containing addresses, phone numbers, birthdates, drivers' licenses, civil, marital, familial, and criminal records, and sensitive government employee credential records, retrieved from the Maricopa County Sheriff on or around April 21, 2021; and

   B) The party affiliation and voting record lists retrieved from the Arizona Secretary of State on or around April 21, 2021; and

   C) The data lists containing individual online history purchased by Defendants from Cambridge Analytica and FaceBook, Inc. on or around January 1, 2016, and again from FaceBook Inc., on or around April 1, 2021; and

   D) The data lists containing individual tax payer information thieved from the Department of Treasury on or around December 12, 2020 during the "SolarWind hack" by "former

SEIVERD V. AZ COUP - 5

agents" of the foreign intelligence organization known as the G.R.U. (formerly known as the K.G.B.) ; and

E) The data lists containing sensitive government employee information thieved from the Department of Defense on or around December 12, 2020 by "former agents" of the K.G.B./G.R.U. (also known as the "SolarWind hack") ; and

F) The data lists containing sensitive government employee and American citizenship information thieved from the Department of Justice on or around December 12, 2020 by "former agents" of the K.G.B./G.R.U. (also the "SolarWind hack") ;

Defendants are attempting to achieve what could only be considered in intelligence circles as one of several "unknown knowns." Combing of some retrieved data reference points could be used to create "opposing party hit lists." Combing of other retrieved data reference points could be used to regulate and intensify individual "rogue state programming," conceivably employing a combination of "push notifications," "mobile phone application stimuli," and most notably, "selective pharmaceutical drug use," upon segments of the population susceptible to remote psychological programming and active deployment;

7. Conspiracy to intimidate, disenfranchise, and assassinate — physically, digitally, and systematically — elected officials, government employees, Maricopa County citizens, and Arizona voters publicly or covertly labeled "the Enemy" by "Coup Leader X," "Master X," and other Defendants;

SEIVERD V. AZ COUP - 6

8.  Receiving financial reimbursements, contributions, and benefits through Foreign For-Profit Corporations, foreign actors, associations, and familial enterprise, in direct violation of the Emoluments Clause of the United States Constitution;

9.  Disseminating false narratives through Foreign For-Profit Media Corporations whose agents "confuse the state of power," and whose principal financiers also have vested interest in the real estate, mining, and extraction of Arizona Public Lands with minimal taxation, minimal waste cleanup, and minimal return to the Arizona State Treasury;

10. Assaulting the inalienable rights guaranteed every Arizona citizen by directly, indirectly, and covertly supporting "bad actors" installed in official capacities in the Arizona Legislative and Executive Branches who have worked to undermine, ignore, and neglect the Trilateral Fundamental Rights guaranteed by the Arizona Constitution — namely the Rights to Recall, Referendum, and most notably, Arizona Citizens' Initiative.

Arizona Citizens' Initiatives chose time and again *specific financial directives* for the State Treasury and *specific statutory directives* to the Executive Branch, directives that have been undermined since 1996. Now, with the passage of a "corrupted" 2022 Arizona State Budget, those Arizona Citizens' Initiatives are being usurped once again, including but not limited to:

A)  The responsibility of local school boards to determine local public school curriculum;

B)  The constitutionally-mandated funding for Arizona public schools;

C)  The responsibility of the Maricopa County Board of Supervisors and the Maricopa County Recorder to determine and conduct "election handling" in Maricopa County;

D)  The responsibility of the Arizona Secretary of State to determine and conduct "election handling" in the State of Arizona;

SEIVERD V. AZ COUP - 7

E) The constitutionally-mandated levels of taxation for Arizona Citizens and Corporations;

F) The constitutionally-mandated voter approval for an effective legislative pay raise;

G) The constitutionally-mandated funding for First Things First pre-kindergarten education and subsidized child care agency;

H) The constitutionally-mandated funding for Arizona Community Colleges;

I) The constitutionally-mandated funding for Arizona Commission on the Arts;

J) The constitutionally-mandated funding for clinical therapeutic social work programs for Arizona citizens convicted of amphetamine, opioid, and other pharmaceutical drug use — rather than imprisonment within the schemata of "private prison corporations," whose agents have also funded the Defendants' campaigns for public office.

Defendants are acting on the edge of political melodrama to fan the flames of popular discontent, creating "gut-punch" distractions in the public mediasphere, and weighing their future campaign purses with new contributions from a host of suspect and unwitting supporters. Meanwhile, a seemingly oblivious Chief Executive looks on, as he too has swept the wind out of voter intent and Arizona Citizens' Initiatives too many times in his last 12+ years within the Arizona Executive Branch (first as an appointed liaison to the Arizona State Treasurer, now as elected Arizona Governor), and may simply be acting out a role in this playbook eerily resembling the two decades of "resolute party takeover" that began in 1919 Berlin.

According to American intelligence reports, the Russian Federation dedicates at least $190,000,000 annually on Russian Television broadcast in America, and its associated digital programming alone, not including the official budget for the S.V.R., the Russian Federation's official intelligence arm. That sum is equivalent to 1,900 actor-agents with an annual salary of $100,000. For a young G.R.U. candidate with decent English skills and a "developed axe to

grind with the West," even a more modest monetary reward might be considered a tidy sum to live abroad, stay awake at night writing schemes onto internet chat boards, and perhaps if an actor-agent is adept at coalition-forming, find a seat in a bureaucratic office, participate in a "paid vacation insurrection" of the Capitol Rotunda, or occupy with "party teammates," vital departments and elected offices within a state or municipal government.

Defendants have a world strategy contending, that like a game of Chess, has nuances and blinds built into its pretext: one Sovereign Foreign State's chief executive decidedly wishes the United States Department of Defense disarm from the continent of Asia.  Another Sovereign Foreign State's chief executive wishes to profit from his nation's resource extraction yet lacks the fraternity of other Foreign For-Profit Corporations, but has years of intelligence gathering to his name.  One international Foreign For-Profit Media Corporation has vested control of American broadcast television and radio stations, American newspapers and websites, and most notably Foreign For-Profit Mining Corporations with interests in the inexpensive extraction of public resources from the State of Arizona.  And one Foreign For-Profit Transportation Corporation requires the continued movement of public resources between Asia and America.

These Foreign For-Profit Corporations and their agents provide explicit Emoluments to select Public Officers — in the United States Senate, the United States House of Representatives, and individual state legislatures and executive offices — in exchange for "bureaucratic chaos" that ultimately rewards the Foreign For-Profit Corporations.

The Sovereign Foreign State's chief executive provides an "intelligence campaign" to ensure a "constitutional corruption" occurs during a weakened condition of the citizenry, circumstances due primarily to a debilitating global pandemic and deep divisions in the body politic uniquely caused from disinformation disseminated by the Foreign For-Profit Media Corporation.

SEIVERD V. AZ COUP - 9

To create cover for their craft, Foreign For-Profit Corporations are adept at quickly creating shell companies, shell individuals, and shell movements, to keep the flow of financing in "the shadows" of accountancy.   At the Arizona Corporation Commission and similar corporate divisions across the country, physical proximity of the corporation, its directors, and members are no longer required when filing electronically, allowing for "satellite filing" that can further obscure financial movements.

"Satellite filings" can now instantly create a host of trade names, corporate representatives, tax identification numbers, inter-corporate statutory agents, board directors, and a revolving address book of stockholders and corporate officers, essentially creating new entities with new tax bases and regulatory authority, all within a few keystrokes.   These conspiratorial actions essentially relieve Foreign For-Profit Corporations from actually ever paying an *apportioned* equal sum for the funding of Arizona public schools and a host of Arizona-specific prerogatives, and deprives the Arizona State Treasury of enduring stability.

Corporate identities take silent but powerful form, as they open up bank accounts, take out loans, lease buildings, purchase equipment and supplies in volume, trade commodities, even manifest streets and addresses, or whole towns, or even get awarded valuable government contracts.   And if a disgruntled customer, government agent, or tax collector comes looking, the chimerical "monkeys on laptops" can quickly change the minutia in corporate filings, erasing liability while still being able to accept payments, also over the Internet, oftentimes without any government employee being the wiser.

As cases of corporate fraud can take years to litigate, Foreign For-Profit Corporations have successfully studied and worked the game. Within the Corporate Justice System as it is today, there is nearly limitless immunity and close to zero accountability for members, stockholders, their executives, officers, and agents.

SEIVERD V. AZ COUP - 10

However, the United States Constitution and its Framers gave a valued "check-mate" to a foreign head of state with the motivation and wherewithal to effectively meddle in the legislative or executive body and cause an insurrection.  In times of systemic corruption, there was one lasting provision scribed into America's founding documents: the Emoluments Clause.

The Emoluments Clause precludes Foreign Persons, even when titled into Foreign Corporations, from attempting to influence the seat of power bestowed upon Public Officials by the People.

Emoluments are gifts of any kind, whether financial or ego enticing, and may have a place when conducting business or romance, but have no place in the halls of the People's Government, where every voice is to be represented equally.  Emoluments are outlawed not to impede the flow of business, but rather to keep Mammon at bay, so Public Officials can see clearly the needs of their constituents, not the needs of a Foreign State – Corporate, Sovereign, or Otherwise.

These Overt Acts committed by the Defendants amount to: Criminal Fraud and Sovereign Treason against the Citizens of Arizona, the People of these United States of America, and every world citizen who embrace the Christian, God-fulfilling principles of this Democratic Republic.

The sacred contract of a Secret Ballot for concerned citizens who change history through votes, not violence, and the future of these contracts held by Free People throughout the Free World are irretrievably at stake.  These serious crimes must be dealt with in a serious manner.

**Demand**

As Redress for these High Crimes, the Plaintiffs seek from this Court Damages in Excess of Ten Thousand Dollars:

1) An immediate Public Censure of these individuals, until conviction is determined; when conviction is determined, the punishment must include: removal from office and forfeiture of Emoluments received from any Foreign Entity by these convicted individuals, their aliases,

SEIVERD V. AZ COUP - 11

and shell corporations, since Fiscal Year 1996. Forfeited monies and properties are to be held by the Arizona State Treasury, and allocated to departments within the Arizona State Government according to a "mathematical mean" adopted by popular vote of Arizona Citizens in a proposed special mail-in election to be held on Veterans' Day annually, beginning November 11, 2021. While appropriate sentencing is ultimately the prerogative of this Court, we only further ask that convicted members be placed on lifetime probation and be barred from holding public office in the future.

2) A public accommodation to be determined by this Court, presumably in consultation with the Jury, for the 2.1 million Maricopa County Citizens and the unknown number of Arizona voters who have had individual identities ("Personal Papers") thieved by Defendants, their agents, aliases, and funders.

3) A *Revised* 2022 State Budget that meets the mandates of Citizens' Initiatives approved by Arizona voters since 1996.

Respectfully Submitted,

This 11ᵗʰ Day of July, 2021

Charles Friedrich Seiverd, Pro Se Plaintiff
Executive Director, Weavel Inc.
Executor, the Estate of Gertrud Walter Seiverd
Post Office Box 1257
Clarkdale, Arizona 86324
(928) 634-5001

SEIVERD V. AZ COUP - 12

Defendants:

## Public Officials in Receipt of or Currently Receiving
## Emoluments from Foreign For-Profit Corporations and Foreign Actors

Warren Petersen, Arizona Senator, District 12
1700 West Washington Street, Room #304, Phoenix, Arizona 85007
(602) 926-4136, wptersen@azleg.gov;

Karen Fann, Arizona Senator, District 1
1700 West Washington Street, Room #205, Phoenix, Arizona 85007
(602) 926-5874, kfann@azleg.gov;

Sonny Borrelli, Arizona Senator, District 5
1700 West Washington Street, Room #212, Phoenix, Arizona 85007
(602) 926-5051, sborrelli@azleg.gov;

Wendy Rogers, Arizona Senator, District 6
1700 West Washington Street, Room #304, Phoenix, Arizona 85007
(602) 926-3042, wrogers@azleg.gov;

Kelly Townsend, Arizona Senator, District 16
1700 West Washington Street, Room #315, Phoenix, Arizona 85007
(602) 926-4467, ktownsend@azleg.gov;

Jaqueline Parker, Arizona Representative, District 16
1700 West Washington Street, Room #342, Phoenix, Arizona 85007
(602) 926-3375, jparker@azleg.gov;

Leo Biasiucci, Arizona Representative, District 5
1700 West Washington Street, Room #341, Phoenix, Arizona 85007
(602) 926-3018, lbiasiucci@azleg.gov;

Mark Finchem, Arizona Representative, District 11
1700 West Washington Street, Room #313, Phoenix, Arizona 85007
(602) 926-3122, mfinchem@azleg.gov;

Joseph Chaplick , Arizona Representative, District 23
1700 West Washington Street, Room #310, Phoenix, Arizona 85007
(602) 926-3426, jchaplick@azleg.gov;

Douglas Anthony Ducey, Jr. (AKA Douglas Anthony Roscoe, Jr.), Arizona Governor
1700 West Washington Street, Executive Tower, West Wing, Phoenix, Arizona 85007
(602) 542-4331, engage@az.gov;

Mark Brnovich, Arizona Attorney General
2005 North Central Avenue, Phoenix, Arizona 85004
(602) 542-5025, aginfo@azag.gov;

SEIVERD V. AZ COUP - 13

1  Paul Anthony Gosar, United States Representative, Arizona 4th District
2057 Rayburn HOB, Washington, DC 20515
2  6499 South Kings Ranch Road, Gold Canyon, Arizona 85118
122 North Cortez, Prescott, Arizona 86301
3  (202) 225-2315, (480) 882-2697, (928) 445-1683, az04requests@mail.house.gov;

4  Andrew Steven Biggs, United States Representative, Arizona 5th District
171 Cannon House Office Building, Washington, DC 20515
5  (202) 225-2635;

6  Matthew Louis Gaetz II, United States Representative, Florida 1st District
1721 Longworth House Office Building, Washington, DC 20515
7  Fort Walton Beach, Florida 32547
226 South Palafox Place, Pensacola, Florida 32502
8  (850) 479-1183, (850) 479-1183;

9  Lauren Boebert, US Representative, Colorado 3rd District
1609 Longworth House Office Building, Washington, DC 20515-0603
10  (202) 225-4761;

11  Doug Mastriano, Pennsylvania Senator, District 33
187 Main Capitol, Harrisburg, Pennsylvania 17120
12  37 South Main Street, Suite 200, Chambersburg, Pennsylvania, 17201
(717) 787-4651, (717) 264-6100, (717) 334-1863, dmastriano@pasen.gov;
13

14  David Eastman, Alaska Representative, District 10
State Capitol, Room 422, Juneau, Alaska 99801
15  600 East Railroad Avenue, Wasilla, Alaska 99654
(907) 465-2186, (907) 373-1842;
16

17  Janel Brandtjen, Wisconsin Representative, District 22
Room 12 West, PO Box 8952, Madison, Wisconsin 53708-8952
18  (608) 267-2367, repbrandtjen@legis.wi.gov;

19  Eric Greitens, former Missouri Governor, now candidate
PO Box 144, Jefferson City, Missouri 65102
20  (816) 287-0711;

21  Burt Jones, Georgia Senator
327-A CLOB, Atlanta, Georgia 30334
22  264 Alabama Boulevard, Jackson, Georgia 30233
(770) 775-4880, Burt.jones@senate.ga.gov;
23

24  Brandon Beach, Georgia Senator, District 21
303-A CLOB, Atlanta, Georgia 30334
3100 Brierfield Road, Alpharetta, Georgia 30004
25  (404) 463-1378, (678) 640-1811, Brandon.beach@senate.ga.gov;

26

SEIVERD V. AZ COUP - 14

Marty Harbin, Georgia Senator, District 16
302-A CLOB, Atlanta, Georgia 30233
215 Greencastle Road, Tyrone, Georgia 30290
(404) 656-0078, marty.harbin@senate.ga.gov;

Vernon Jones, Georgia Gubernatorial Candidate
PO Box 723, Lithonia, Georgia 30058;

Bernard Kerik, New York City Police Commissioner
Kerik Group, LLC, Franklin Lakes, New Jersey 07417;

Ron Hanks, Colorado Representative, District 60
200 East Colfax, Room 307, Denver, Colorado 80203
(303) 866-2747, ron.hanks.house@state.co.us;

Bennie Smith, Tennessee County Election Commissioner
980 Nixon Drive, Memphis, Tennessee 38134
(901) 222-1200, voteshelbycountytn.gov;

Steve Christiansen, Utah Representative, District 47
350 North State Street, Suite 350, PO Box 145030, Salt Lake City, Utah 84114
1994 West Olympus Peak Circle, West, Jordan, Utah 84088
(801) 538-1029 (385) 465-4492, schristiansen@le.utah.gov;

Amanda F. Chase, Virginia Senator, District 11
Pocahontas Building, Room E523, PO Box 396, Richmond, Virginia 23218
PO Box 5811, Midlothian, Virginia, 23112
(804) 698-7511, district11@senate.virginia.gov;

Addison Mitchell McConnell III, United States Senator, Kentucky
317 Russell Senate Office Building, Washington, DC 20510
(202) 224-2541;

Donald John Trump, former United States President
725 Fifth Avenue, New York, New York, 10022;

## Foreign For-Profit Corporations and Agents
## Offering Emoluments to Elected Officials

Foremost Group, Inc.
James S.C. Chao, Angela Chao, Elaine Chao-McConnell, Roger H. Rioux,
310 Madison Avenue, New York, New York 10012;

Foremost Group Incorporated
Lawrence Lee Halcomb
5757 Alpha Road #110, Dallas, Texas 75240;

SEIVERD V. AZ COUP - 15

1  Foremost Maritime Co, LLC,
   60 East 42ⁿ Street, Suite 2212, New York, New York 10165
2  (212) 922-1704;

3  Foremost Groups Inc
   Joe Chen
4  906 East Murray Road, East Hanover, New Jersey 07936-2202
   (800) 443-1810
5  info@ForemostGroupUSA.com

6
   Trump Organization
7  Donald J. Trump
   725 Fifth Avenue, New York, New York, 10022;
8
   News Corp.
9  Fox News
   Dow Jones
10 Wall Street Journal
   New York Post
11 Keith Rupert Murdoch (Canberra, Australia)
   1211 Avenue of the Americas, New York, New York 10036
12 (212) 416-3400 (212) 301-3000;

13
   Fox 10 News Arizona
14 Keith Rupert Murdoch (Canberra, Australia)
   511 West Adams Street, Phoenix, Arizona 85003
15 (602) 257-1234 foxphoenixpress@foxtv.com;

16 OneAmerica Productions / 20th Century Fox Studios
   Keith Rupert Murdoch (Canberra, Australia)
17 10201 West Pico Boulevard, Los Angeles, California 90035;

18 One America News Network / Herring Networks
   Robert Herring, Jr., Robert Herring, Sr., Stephanie Gonzales,
19 Jeannie Ngo, Charles Herring, Bobby Herring, Seth B. Bobroff
   4757 Morena Boulevard, San Diego, California 92117;
20 Rio Tinto PLC
   6 Saint James's Square, London SW1Y 4AD, United Kingdom (44) 20-7781-2000 riotinto.com;
21
22 Rio Tinto LTD
   360 Collins Street Level 7, Melbourne, VIC 3000, Australia (61) 3-9283-3333 riotinto.com;
23
   Resolution Minerals LTD
24 67 Goodwood Road, Adelaide, SA 5034 Australia (61) 4-0210-1790 info@resolutionminerals.com;

25 BHP Group PLC
   171 Collins Street, Melbourne, VIC 3000, Australia (61) 3-9609-3333 www.bhp.com;

26
   SEIVERD V. AZ COUP - 16

1

**Foreign Actors, Corporate Agents, Shell Organizations and Aliases
Employed and/or Coerced into Conspiring to Defraud the US Government
and Thieve the Personal Papers of Arizona Voters**

2

3

CyTech Services, CyFir Enterprise, CyFir LLC

4     Ben Cotton
    27427 Montana Highway 83, Bigfork, Montana 59911

5     Post Office Box 2437, Bigfork, Montana 59911;

6 Wake Technology Services
    Christopher M. Witt, Earl E. Kern

7     117 West Gay Street, Suite 126, West Chester, Pennsylvania, 19380;

8 StratTech Solutions LLC
    Christopher Moore, Amanda Moore

9     28150 North Alma School Parkway, Suite 103-481 Scottsdale, Arizona 85262
    7825 East Gelding Drive #104, Scottsdale, Arizona 85260;

10

11     Richard A. Gleghorn
    9785 East Suncrest Road, Scottsdale, Arizona 85262;

12 Fund the Audit (no Arizona or Florida corporate filings)
    PO Box 7093, Naples, Florida 34101;

13

14 The America Project
    Orlando King

15     1111 Brickell Avenue, Miami, Florida 33131
    PO Box 7093, Naples, Florida 34101;

16

17     Kathryn Reynolds
    925 B Peachtree Street, Suite 347, Atlanta, Georgia 30309;

18 Ken Bennett, Julie Fisher
    c/o Kolodin Law Group PLLC

19     3443 North Central Avenue, Suite 1009, Phoenix, Arizona, 85012
    alexanderkolodin@kolodinlaw.com;

20

21 Kelli Ward, Chair
    Arizona Republican Party
    3501 North 24th Street, Phoenix, Arizona 85016

22     (602) 957-7770, kelliward@azgop.com;

23 Randy Pullen, Chairman
    Arizona Republican Party

24     3501 North 24th Street, Phoenix, Arizona 85016
    (602) 957-7770, info@azgop.com;

25

26

SEIVERD V. AZ COUP - 17

Kari Lake for Arizona, Gubernatorial Candidate
    3219 East Camelback Road #265, Phoenix, Arizona 85018
    contact@karilake.com;

    Timothy A La Sota
    2198 East Camelback Road, Suite 305, Phoenix, Arizona 85016;

Kristina Karamo, Michigan Secretary of State Candidate
    PO Box 1047, Novi, Michigan 48376
    Kristina@KristinaforSOS.com;

CyberNinjas LLC
    Douglas Jay Logan
    2832 Ringling Boulevard #121F, Sarasota, Florida 34237
    5077 Fruitville Road, Suite 109-421, Sarasota, Florida 34232;

    Northwest Registered Agent, LLC
    Tom Glover
    30 North Gould Street, Suite N, Sheridan, Wyoming 82801;

    Registered Agents, Inc.
    Morgan Noble
    7901 4ᵗʰ Street North, Suite 300, Saint Petersburg, Florida 33702
    522 West Riverside Avenue North, Spokane, Washington 99201;

    Northwest Registered Agent Service, Inc.
    Dan Keen, Dean Rigg, Frank Chouinard
    424 East Sherman Avenue, Suite 21, Coeur D Alene, Idaho 83814
    424 East Sherman Avenue, Suite 305, Coeur D Alene, Idaho 83814
    204 East 3ʳᵈ Avenue, Cheyenne, Wyoming 82001
    615 West 25ᵗʰ Street, Cheyenne, Wyoming 82001
    575 South Willow Street, PO Box 15150, Jackson, Wyoming 83001
    125 South King Street, PO Box 15150, Jackson, Wyoming 83001
    906 West Second Avenue, Suite 100, Spokane, Washington 99201
    412 North Main Street, Suite 100, Buffalo, Wyoming 82834
    reports@northwestregisteredagent.com compliance@northwestregisteredagent.com
    (509) 768-2249, fax (323) 544-4790, fax (866) 543-4731;

    Charles F. Mathias, Pacific Registered Agents, Inc
    1617 North Main Street, Suite B, Sheridan, Wyoming 82801
    PO Box 1801, Hayden, Idaho 83835;

    Hettie Spooner
    2022-2 Raymond Diehl Road, Suite B, Tallahassee, Florida 32308;

SEIVERD V. AZ COUP - 18

1   Resident Agents Inc.
    3111 West Martin Luther King Boulevard, Suite 100, Tampa, Florida 33607;

2

3   Registered Agents Inc. Com
    3030 North Rocky Point Drive, Suite 150A, Tampa, Florida 33607;

4   Registered Agents, Inc.
    Bill Havre
5   7901 4ᵗʰ Street North, Suite 300, St. Petersburg, Florida 33702;

6

7   BHP Copper Inc. / Magma Copper Company
        Glenn F. Andrews, Ken W. Pickering, John W. Grubb, Craig A. Steinke,
        Bradford A. Mills, Daryl F. Collins, T. Ronald Dankmeyer,
8       Marshall H. Campbell, D.L. Rockland, Murray A. Hohnen (Australia Relations)
        7400 North Oracle Road, #200, Tucson, Arizona 85704;
9

10      CT Corporation System
        3225 North Central Avenue, Phoenix, Arizona 85012
11      3800 North Central Avenue, Suite 460, Phoenix, Arizona 85012;

12      J. Burgess Winter, Douglas J. Purdom, Andrew A. Brodkey,
        Thomas L. Garrett, Jr., H., Marshall H. Campbell, Bradford Mills,
13      Harry C. Smith, Kenneth L. Browne, Francisco E. Durazo,
        Christopher W. Brody, John L. Vogelstein,
14      466 Lexington Avenue, New York, New York 10017;

15      Inland Steel Industries, Inc.
        Judd R. Cool
16      30 West Monroe Street, Chicago, Illinois 60603;

17      Energy Capital Associates
        Donald J. Donahue
18      99 Indian Field Road, Greenwich, Connecticut 06830;

19      John W. Goth
        14142 Denver West Parkway, Suite 170, Golden, Colorado 80401;
20

21

22      Federal Paper Board Co., Inc.
        John R. Kennedy
23      75 Chestnut Ridge Road, Montvale, New Jersey 07645;

24      Rollins Resources
        Thomas W. Rollins
25      Three Riverway, Suite 475, Houston, Texas 77056;

26

SEIVERD V. AZ COUP - 19

Pinnacle West Capital Corporation
Henry B. Sargent
400 East Van Buren Street, Suite 370, Phoenix, Arizona 85004;

Simon D. Strauss
597 Pine Brook Boulevard, New Rochelle, New York, 10804
Sundt Corp.
H. Wilson Sundt
6002 East San Leandro, Tucson, Arizona 85715;

Pincus Capital Co.
E.M. Warburg
466 Lexington Avenue, New York, New York 10017;

Pedro-Pablo Kuczynski
Westfield Capital Ltd.
2665 South Bayshore Drive, Suite 200, Coconut Grove, Florida 33133;

Corporation Trust Center
BHP Copper, Delaware
Daryl F. Collins, James E. Lewis, Bradford A. Mills, James E. Lewis,
Glen F. Andrews, A.E. Michael Anglin, Marshall H. Campbell,
T. Rognald Dankmeyer, John W. Grubb, Kenneth W. Pickering, Harry C. Smith, Craig A.
Steinke, Andrew A. Brodkey, Kenneth L. Browne, Francisco E. Durazo, Donald E. Egan, Stefano
Giorgini, Murray A. Hohnen, Mian S. Khalil,
Douglas R. McGregor, Robert P. Mueller, Daniel H. Payne, John T. Perry,
Mark V. Sander, C. Eric Seedorff, Graham P. De Souza, Richard L. Stotlar,
David J. Wood, Mark Antonovich, Timothy K. Knott, Jeffrey D. Fraser,
Kevin O'Connor, Pat Peraza, Gerard J. Heath, Roger J. Higgins, Ross N. James, Bruce L. Turner,
Bill J. Walls, Kyle B. Dotson, Anthony C. Larkin
1209 Orange Street, Wilmington, Delaware 19801;

BHP Copper Inc.
Jeffrey Parker, Marius Kotze, Sarah Kegel, Jennifer Lopez, Sarah Kegel,
Catherine Bundy, Marius Kotze, Neil Matthys
1500 Post Oak Boulevard, Houston, Texas 77056;

Adam Favero
Cerro El Plomo 6000, Piso 18, Las Condes, Santiago, Chile;

Benjamin Hoskie
180 Magee, Suite 134, Tucson, Arizona 85704;

Capitol Corporate Services, Inc.
8825 North 3ᵈ Avenue, Suite 100, Phoenix, Arizona 86021;

SEIVERD V. AZ COUP - 20

Resolution Copper Company
    Corporation Service Company
    8825 North 23rd Avenue, Suite 100, Phoenix, Arizona 85021;

    Sinead Kaufman
    4700 Daybreak Parkway, South Jordan, Utah 84009;

    Sterling Hundley
    426 North 44th Street, Suite 320, Phoenix, Arizona 85008;

Rio Tinto America Inc.
    Corporation Service Company
    818 East Osborn Road, Phoenix, Arizona 85014;

    J.V. Main, F.D. Hegner, P.L. Webster, J.E. Rickus, G.D. Klingner
    224 North 2200 West, Salt Lake City, Utah 84116;

    S.S. Crompton
    1343 South 1800 East, Salt Lake City, Utah 84108;

    P.D. Judd
    8309 West 3595 South, Magna, Utah 84044;

    Corporation Service Company
    2711 Centerville Road, #400, Wilmington, Delaware 19808;

    Corporation Service Company
    2338 West Royal Palm Road, Suite J, Phoenix, Arizona 85021;

    F.D. Hegner
    2525 East Arizona Biltmore Circle, C-135, Phoenix, Arizona 85016;

    O. Groeneveld, T.A. Albanese, J.E. Rickus, B.K. Clayton
    6 St. James's Square, London, UK SW1Y4LD;

    J.A. Cummings, J.R. Welch, W.D. Hofeling, C.J. Wykstra
    8309 West 3595 South, Magna, Utah 84044;

    W.R. Williams, J.E. Rickus
    102 Magma Heights, Superior, Arizona 85273;
    J.E. Rickus
    PO Box 1944, Superior, Arizona 85273;

    J.R. Welch, B.D. Roper
    8309 West 3595 South, Magna, Utah 84044;

    K. Calder, R. Lock, D.J. Salisbury, R.A. Heig, Sterling Hundley
    102 Magma Heights, Superior, Arizona 85273;

SEIVERD V. AZ COUP - 21

B.K. Clayton
5 Aldermanbury Square, London, UK EC2V 7HR;

Oliver Wolfensberger, Andrew T. Harding
2 Eastbourne Terrace, London EN W26LG;

Brent D. Roper, Julie A. Cummings, Bruno Hegner, David J. Salisbury,
Richard Lock, Cheree N. Finan, Andrew Thomas Harding,
Jonathan Casey Cherry, Karin Jonsson, Sharon Gorman, Craig Stegman
4700 Daybreak Parkway, South Jordan, UT 84095;

Bernd Beyer, Diane Hryshko, Franck Bertoux
1188 Sherbrooke Street West, Montreal PQ H3A3G2;

Rio Tinto Services Inc.
Corporation Service Company
251 Little Falls Drive, Wilmington, Delaware 19808;

Corporation Service Company
8825 North 23ʳᵈ Avenue, Suite 100, Phoenix, Arizona 85021
Tiffany Nagy, (602) 249-3466  corporatedept@accusearch.biz;

Brian Oldham, Cheree N. Finan, Craig Stegman, Mark Davies,
George Stewart, Michael Gardner, Steve Leeper
4700 Daybreak Parkway, South Jordan, Utah 84009;

Jen-Francois Couture, Julie Parent
400-1190 Avenue Des Candiens-de-Montreal, Montreal, QC H3B 0E3 Canada;

Justin Carey, Amanda Farrell
123 Albert Street, Brisbane, Australia;

Evergreen Services
1209 Orange Street, Wilmington, Delaware 19801;

Richard H. Wolf
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza, Room 2529, New York, New York 10004;

Rio Tinto Services, Inc.
1013 Centre Road, Wilmington, Delaware 19805;

Shannon S. Crompton, Rio Tinto Technical Services Company
1343 South 1800 East, Salt Lake City, Utah 84108;

SEIVERD V. AZ COUP - 22

One America Inc.
15 Magnolia Drive, Oxford, Georgia 30054
1477 Northwest 91ᵃ Avenue #12-114, Coral Springs, Florida 33071;

Marshall & Daisy Mosley
1565 Northwest 64ᵃ Avenue, Pompano Beach, Florida 33060;

Sheila Pritchett
3454 Balfour West, Durham, North Carolina 27713;

Marcy Ladoceur
144 Southern Magnolia Lane, Rex, Georgia 30273;

William Delaney
4965 East Sabal Palm Boulevard #301, Tamarac, Florida 33319;

One America Communications LLC
Arturo Galvez
323 West McDowell Road, Phoenix, Arizona 85003;

OneAmerica Calling Plan, Orvex/CSI Consortium
Erskine R. Curry, Marie Florence-Vielot
1035 Northeast 125ᵃ Street #301, North Miami, Florida 33161;

One America Consultants & Immigration Services, LLC
Rita Fontanez, Claribel Konig
520 Northeast 20ᵃ Street #405, Wilton Manors, Florida 33305;

One America Enterprises, LLC
Sebastian Tobias Reisig
2880W Oakland Park Boulevard, Suite 225C, Oakland Park, Florida 33311;

Northwest Registered Agent, LLC
7901 4ᵃ Street North, Suite 300, Saint Petersburg, Florida 33702;

Corporations Services & Registered Agents
Richard Fasanella
2398 Commercial Way, Suite 224, Spring Hill, Florida 34606;
One America Health Behavior, LLC
Rockney Graveran
4519 Southwest 164ᵃ Place, Miami, Florida, 33185;

One America Investments, LLC
Fidel Calcagno Rodriguez
3415 Southwest 11ᵃ Place, Cape Coral, Florida 33914
235 Greenwood Street, Cranston, Rhode Island 02910;

SEIVERD V. AZ COUP - 23

Nayery Calcagno Rodriguez
154 Maplewood Avenue, Cranston, Rhode Island 02910;

Dionis M Calcagno Rosario
16 Colwell Drive, Johnston, Rhode Island 02919;

Arisleidy Calcagno Rodriguez
35 Esther Drive, North Providence, Rhode Island 02911;


OneAmerica Marketing Group Inc./UnAmerica Marketing Group Inc.
Monica Garcia-Pasquale
4324 Southwest 148th Place, Miami, Florida 33185;

OneAmerica Medical, LLC
Shannon V. Chambers
3456 Kings Road South, Saint Augustine, Florida 32086;

One America Corp
Leonardo Buitrago, Brandon J. Machta, Elias Machta
8180 Northwest 36th Street, #406, Doral, Florida 33166;


One America Dream LLC
Gissel M. Angeles
7760 Northwest 193rd Terrace, Hialeah, Florida 33015;


One American Health Solutions Corp
Liudmila Guerra Batista
8350 Southwest 43rd Street, Miami, Florida 33155;


One American Moving LLC
Ricardo R. Durr, Gregory R. Durr
7224 North (and East) Sterling Avenue, Suite A, Tampa, Florida 33614
(813) 918-5650, ricardo8211@yahoo.com;

One American Pie, LLC
Gregory Bruce Seymour
400 Second Street North, Safety Harbor, Florida 33695;

Spoor Law, PA
877 Executive Center Drive West, #100, Saint Petersburg, Florida 33702
1112nd Avenue Northeast, Suite 1600, Saint Petersburg, Florida 33701
(727) 822-4355, blueyechef@msn.com;

SEIVERD V. AZ COUP - 24

One American Wheels, LLC
Carlos Eduardo Santiago DeSilva
15240 Citrus Country Drive, Dade City, Florida, 33172
2000 Salzeda Street 1603, Coral Gables, Florida 33134;

Intertrade Financial Consulting LLC
Michele Leake
2186 Northwest 89 Place, Doral, Florida 33172;

Corporate Creations Network Inc.
Locke Lord TIP
11380 Prosperity Farms Road #221E, Palm Beach Gardens, Florida 33410
(561) 820-0260;

One Wheels Group, LLC
15240 Citrus Country Drive, Dade City, Florida 33172;

OneAmerica Property Services
Armando Martin, Jorge Martin, Ivonne Munoz
8360 West Flagler Street, #104, Miami, Florida, 33144;

One America Rehab Solution LLC
Jorge Molinet, Urania Quintero
301 Diamond Acres Road, Davenport, Florida 33837;

OneAmerica Retirement Solutions, LLC
OneAmerica Financial Partners, Inc.
Richard M. Ellery, Courtney Williams, Thomas M. Zurek, Robert E. Ferguson
PO Box, 386, One American Square, Indianapolis, Indiana 46206-0368;

Corporation Service Company
1201 Hays Street, Tallahassee, Florida 32301-2525;

Corporation Service Company
135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204;

Mark Radel
251 Little Falls Drive, Wilmington, Delaware 19808 sop@cscglobal.com;

Janet Budhu
251 East Ohio Street, Indianapolis, Indiana 46204;

One America Dot Org
Alexander P. Fulks, 3615 Delaney Lane, Concord, California 94519;

SEIVERD V. AZ COUP - 25

Foremost Group, Inc.
        Claudia X. Perets
        8225 Southwest 2ⁿᵈ Street, Miami, Florida 33144
        3598 Northwest 27ᵗʰ Avenue, Miami, Florida 33142
        PO Box 350098, Miami, Florida 33135;

        George Linares
        19942 Northwest 2ⁿᵈ Avenue, Miami, Florida 33169;

        Emerio Linares
        1634 Southwest 34ᵗʰ Avenue, Miami, Florida 33145
        2726 Northwest 35ᵗʰ Street, Miami, Florida 33142;


        Foremost Group Corp.
        2690 Southwest 28ᵗʰ Lane, Miami, Florida 33133;

        Luis Maltes
        11142 Southwest 5 Street, Miami, Florida 33174
        2690 Southwest 28ᵗʰ Lane, Miami, Florida 33133;

        Foremost Group, Corp.
        Vares Inc.
        Luis, Carlos, Gustavo Maltez
        1214 Southwest 2ⁿᵈ Street, Miami, Florida 33135
        3554 Southwest 24ᵗʰ Terrace, Miami, Florida 33135
        (305) 642-7611;

        Foremost Group, Inc.
        789 South Federal Highway, Suite 103, Stuart, Florida 34994;

        Capital Connection, Inc.
        Cora Bell Haggard, Weimer Lopez
        417 East Virginia Street, Suite 1, Tallahassee, Florida 32301
        (850) 224-8870, (800) 342-8062;


        Foremost Group #2, Inc.
        12537 West Okeechobee Road, Hialeah, Florida 33018
        PO Box 350098, Miami, Florida, 33135;

        Claudia X. Parets
        8225 Southwest 2ⁿᵈ Street, Miami, Florida 33144;

        George Linares
        19942 Northwest 2ⁿᵈ Avenue, Miami, Florida 33169;

SEIVERD V. AZ COUP - 26

Emerio Linares
1634 Southwest 36 Avenue, Miami, Florida 33145;

Lazarus Corporate Filing
3320 Southwest 87 Avenue, Miami, Florida 33165;
(305) 552-5973

Foremost Group #3 Inc.
George Linares
19942 Northwest 2 Avenue, Miami, Florida 33169;

Emerio Linares
1634 Southwest 36 Avenue, Miami, Florida 33145
PO Box 350098, Miami, Florida 33135
2040 Northeast 163 Street, North Miami Beach, Florida 33162;

Foremost Home Brokers
F. R. Woudstra, John J. Hannigan, Stephen J. Boshoven, Martin R. Brown, Jeffrey L. Pepper,
Doren E. Hohl, Paul D. Yared, Kathy Ormiston,
Kenneth C. Haines, Donald D. Welsh, Robert L. Sciba, Stanley R. Smith
5600 Beech Tree Lane, Caledonia, Michigan 49316;

Stephen Leaman, Ronald Bassolino, Mark C. Chesser,
Hubert L. Mountz, Ronald G. Myhan
4680 Wilshire Boulevard, Los Angeles, California 90010
PO Box 2450, Grand Rapids, Michigan 49501-2450;

Banco Real SA
Aloysia de Andrad Faria, Paulo Guilherme Ribeiro,
Carlos Alberto Ferreira, Sylvia Antonio Carlos de Carmago,
Rene Aduan, Sebastio G.T. Cunha
Avenue Paulista 1374, Box 5766, Sao Paulo, Brazil 01310;

CT Corporation System
1200 South Pine Island Road, Plantation, Florida 33324;

Sylvia A. Aquino
2 South Biscayne Boulevard, 1670, Miami, Florida 33131
One Biscayne Tower, Suite 1870, Miami, Florida 33131;

Maureen Cullen, Jacqueline M. Giles
Corporation Service Company
1201 Hays Street, Tallahassee, Florida 32301-2525

Adam G. Morris, Susie Knight, Farmers Insurance Group
4680 Wilshire Boulevard, Los Angeles, California 90010
(616) 956-3750, (616) 956-3588;

SEIVERD V. AZ COUP - 27

Foremost Homecare of Florida
1388 Northwest 2ⁿᵈ Avenue, Boca Raton, Florida 33432;

Michael S. Guberman
PO Box 6201, Delray Beach, Florida 33484;

Mark Weissman
47 West 34ᵗʰ Street, Suite 506, New York, New York 10001;

Joe Sprung
545 Madison Avenue #800, New York, New York 10022;


Foremost Home Inspections Inc
Gregory R. & Dianamarie Yanda
611 13ᵗʰ Street Southwest, Naples, Florida 34117
(941) 353-6533, (941) 352-8444, (941) 352-8414;

Foremost Homes, Inc.
Thomas E. Garrett
5051 Castello Drive, Suite 17, Naples, Florida 33940;

John Paulich, III
3401 Tamiami Trail North, Suite 207, Naples, Florida 33940;

Foremost Home Services Corporation
John J. Hannigan, Jeffrey L. Pepper, Martin R. Brown, Doren E Hohl
George H. Shattuck, Robert F. Woudstra, F. Robert Woudstra, P.D. Yared,
Paul D. Yared, Randall C. Shellhorn, Stephen J. Boshoven, Kenneth C. Haines
5600 Beech Tree Lane, PO Box 2450, Caledonia, Michigan 49316;

Farmers Insurance Group
Stanley R. Smith, Adam G. Morris, Susie Knight
4680 Wilshire Boulevard, Los Angeles, California 90010;

CT Corporation System
1200 South Pine Island Road, Plantation, Florida 33324;

Jennifer A. Geldof, Maureen Cullen
Corporation Service Company
1201 Hays Street, Tallahassee, Florida 32301
(616) 956-3750, (616) 956-3750, (616) 956-3588;

Foremost Home Services Inc,
Mike A. Chubioglu
225 South Tropical Trail, Suite 118, Merritt Island, Florida 32952

SEIVERD V. AZ COUP - 28

Foremost Hotels International
Stanley S. Appel
100 North Pineapple Avenue, Sarasota, Florida 34236;

Foremost Industries Inc.
420 US Highway 1, Suite 15-V, North Palm Beach, Florida 33408
Jacqueline & Robert S. Ipp,
4108 Temple Street, West Palm Beach, Florida 33407;

Foremost Infusion Company of the Americas, Inc.
Rene Ruiz-Isasi, Ronald Prupis
100 West Cypress Creek Road, Suite 930, Fort Lauderdale, Florida 33309;

Corporation Information Services Inc
1201 Hays Street, Tallahassee, Florida 32301;

Foremost Innovations Inc.
3275 Southeast Federal Highway, Suite 321, Stuart, Florida 34997;

Gregory A Meunier, Sandra T. Meunier,
7926 Southeast Osprey Street, Hobe Sound, Florida 33455
(561) 722-9655, gmeunier@msn.com;

Foremost Innovations Incorporated
Gregory A Meunier, Sandra T. Meunier
7926 Southeast Osprey Street, Hobe Sound, Florida 33455
(877) 326-7957;

Foremost Inns of America, Inc.
Frank R. & Charlotte R. Kroner
Palmetto #2, Lagoon Circle, Ponte Vedra Beach, Florida 32082;

Justin C. Montgomery
San Juan Drive, Ponte Vedra Beach, Florida 32082;

Foremost Insurance Company
Michael J. Cok, Martin R. Brown, Gretchen L. Barnes, Robert D. Sadler, Kevin E. Randall,
Richard L. Antonini, Paul D. Yared, Stephen J. Boshoven, Kenneth C. Haines, Larry J. Orange,
Robert J. Brown, George H. Shattuck, Rebecca W. Spratlin, Edward L. Troutman,
Kenneth H. Viar, Robert J. Shipman, Ronald D. Bird, Robert J. Blauwkanp, Joseph G. David,
Thomas C. Edwards, Cynthia A. Glaub, Joe D. Hamilton, John E. Johnson, Robert S. McIntyre,
Michael J. Pessetti, John A. Schierloh, Nancy H. Truel, Richard T. Wachter,
Richard A. Wettergreen, David A. Heatherly, Donald D. Welsh, Cornelius J. Faulkner,
Peter A. Fjeseth, Sarah P. Gutek, Henry J. Hoekstra, David J. Kelly, John T. Leja,
James E. Nowak, Norma J. Rubush, Nora L. Ruder, Kurt A. Sanders, Douglas Tepper,

James J. Valdez, Edgar A. Westenbroek, Michael J. Cox, Donald M. Collins,
Robert J. Dompierre, Mark Carroll, Cynthia A. Mc Lane, Laurie J. Atkari, Michael D. Bigelow,
Margaret J. Blouw, Mark E. Carroll, Geraldine A. Castleman, Nyann R. Dordan,
David A. Emaus, Janet H. Northway, Randall C. Sellhorn, Randall E. Slotten, Anne E. Harmon,
Barbara C. Dalman, James L. Gontjes, John T. Kalinka, Leo E. Mulder, Michael C. Peterson,
Dorothy P. Stiger, Priscilla L. Vandussen, Penny L Mroz, Steven M. Mulder, John S. Robertson,
Carole L. Siegfried, Jo Anne Bateman, Denise M. Bliss, Susan K. Boyd, Charles M. Clemence,
Barbara C. Dalman, A. Peter Fjeseth, Lynn Mc Daniel, Susan K. Boyd, Roberty F. Woudstra
5600 Beech Tree Lane, Caledonia, Michigan 49316;

Ronnie L. Joyner
521 Pinegate Road, Peachtree City, Florida 30269;

Thomas D. Gleason
325 Lakeside Drive Southeast, Grand Rapids, Michigan 49406;

Joseph A. Parini
2735 Lake Drive Southeast, Grand Rapids, Michigan 49506;

Steele A. Taylor
1962 Monterey Drive Southeast, Grand Rapids, Michigan  49506;

Thomas C. Edwards
One Calvin Court, Orinda, California 94563;

Robert M. Raives
575 Madison Avenue, New York, New York 10022;

John C. Canepa
3022 Hall Street Southeast, Grand Rapids, Michigan 49506;

Martin D. Feinstein, Jason L. Katz, Cynthia A. McLane, Doren E. Hohl,
Jerry C. Payne, Gerald E. Faulwell, Charles R. Finger, Mark C. Chessher,
Jeffrey L. Pepper, Pierre C. Wauthier, Paul N. Hopkins,
Ronald G. Myhan, Hubert Mountz
4680 Wilshire Boulevard, Los Angeles, California 90010;

John T. Wuo
75 North Santa Anita, Suite 106, Arcadia, California 91006;

Peter D. Kaplan
8711 Saint Ives Drive, Los Angeles, California 90069;

Kenneth W. Bentley
800 North Brand Boulevard, Glendale, California 91203;

SEIVERD V. AZ COUP - 30

Donald E. Rodriguez
3635 Long Beach Boulevard, Long Beach, California 90807;

Dale A. Marlin
1575 Capadaro Court, Mounument, Colorado 80132;
David W. Louie
1741 North Benton Way, Los Angeles, California 90026;

Keith G. Daly
13051 Agoura Road, Westlake, California 91361;

Karyn L. Williams
3 Beaver Valley Road, Wilmington, Delaware 19803;

Thomas D. Brown
2525 East Euclid #214, Des Moines, Iowa 60317;

Gail N. Jackson
7763 Veragua Drive, Playa Del Rey, California 90293;

Janice S. Scott
3427 Deer Park Drive, Suite #C, Stockton, California 95219;

Thomas G. Allen
6660 East Floyd Avenue, Denver, Colorado 80224;

Gisselle M. Acevedo
147 Fox Run, New Canaan, Connecticut 06840
PO Box 2450, Grand Rapids, Michigan 49501;

"Chief Financial Officer"
200 East Gaines Street, Tallahassee, Florida 32399-0000;

"Chief Financial Officer"
PO Box 6200, Tallahassee, Florida 32314-6200;

Thomas S. Noh, Victoria L. McCarthy, Maite I. Baur, Robert P. Howard
6301 Owensmouth Avenue, Woodland Hills, California 91367;

Ronald L. Marrone
800 East 14ᵗʰ Street, Pittsburg, Kansas 66762;

Julio A. DaSilva
26 Penstemon, Littleton, Colorado 80127;

Alan R. Gildemeister, International Technologies, Inc.
634 Pratt Avenue, North Schaumburg, Illinois 60193;

SEIVERD V. AZ COUP - 31

Gary R. Martin
2001 South Jones Boulevard, Suite D, Las Vegas, Nevada 89143
(616) 956-3750;

Foremost Interiors
Ray LaFauci, Jr.
1935 Northeast 10ᵗʰ Avenue, Suite 509, North Miami Beach, Florida 33179;

Foremost International Publications
Vincent M. & Gloria L. Barone
7908 Northwest 62ⁿᵈ Court, Tamarac, Florida 33321;

Filings, Inc.
3732 Northwest 16ᵗʰ Street, Fort Lauderdale, Florida 33311;

Foremost Investment Corporation
Jim H. & Barbara R. Reese
3948 Glen Oaks Manor Drive, Sarasota, Florida 33582;

Donald G. Brimer
4707 26ᵗʰ Avenue West, Bradenton, Florida 34209;

Foremost Investment LLC, Foremost, Inc.
Brian L. Socolow, Daniel S. Osman, Jack A. Osman
3598 Northwest 27ᵗʰ Avenue, Miami, Florida 33142
(305) 634-6922;

Foremost Liquors, LLC
Brian Socolow
3598 Northwest 27ᵗʰ Avenue, Miami, Florida 33142
899 Northwest 37ᵗʰ Avenue, Miami, Florida 33125;

Maral Moffitt, Yavapai Precinct Captain, Ghost #232, Clarkdale,
    Yavapai County Recorder, 1015 Fair Street, #228, Prescott, Arizona 86305
    (928) 699-3164, www.yavgop.org, www.azgop.org

Audit-AZ (No Arizona Corporate Filings)
    John Roberts Brakey, Sr.,
    910 West Gurley Street, Lot 41, Prescott, Arizona 86305
    5947 South Placita Picacho El Diablo, Tucson, Arizona 85706
    3331 West Avenida de San Candido, Tucson, Arizona 85746
    9973 North Crook Lane, Tucson, Arizona 84742
    (520) 741-1067, (520) 323-7404, (928) 925-6613, (520) 270-9187.

SEIVERD V. AZ COUP - 32

**Foreign Heads of State
and Convicted Fraudulent Players
Conspiring to Defraud the US Government
and Thieve the Personal Papers of Arizona Voters**

Vladmir Vladimirovich Putin, former head of Russian Intelligence, came to power after the Coup of Mikhail Gorbachev, currently in his 22ⁿᵈ year as Russian President, has military service extending to 1975, has kept former N.S.A. agent Edward Snowden as a "voluntary hostage" since 2013, and is known to cohort with for-profit resource-extraction corporations, both inside the Russian Federation and within international cartels.

Xi Jinping, former Chairman of the Central Military Commission, first studied chemical engineering and came to political office in the aftermath of the "Tiananmen Square Uprising," presiding as Leader of the Communist Party over the receding of Hong Kong by the United Kingdom, and the subsequent protests of the People that followed; his government has made it known that "democratic republic meddling" in China's domestic affairs "will not be permitted."

Paul John Manafort, Jr. (convicted of tax and bank fraud) and Roger Jason Stone (AKA, Roger Joseph Stone, Jr. convicted of making false statements and witness tampering) arranged for intelligence and financing to flow between agents of the Russian Federation, Foreign For-Profit Corporations, and domestic for-profit and non-profit shell companies* and their respective agents.

*The "Corporate Name Game" is primarily designed to obscure accountability for the Emoluments given to former and current Public Officials. Payments and accounts receivable are wrapped in an almost unverifiable maze of aliases, and corporate offices are stretched across multiple time zones and locations around the world.

By utilizing an unmonitored public web portal, such as a Corporation Commission website, the "Corporate Name Game" may employ relatively banal data inputs — such as the dates of annual filings and the "odd" names of members, their addresses, and officer/director status — to create coded messages for buyers and sellers in futures, commodities, and common and preferred stock markets that then further work to conceal Emoluments from investigators, and ensure inordinate amounts of wealth go undetected, untaxed, and unaccounted.

SEIVERD V. AZ COUP - 33